

**Granted.**
7:40 PM, Apr 23, 2024



Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | : | Case No. 22-cv-00182 |
| | : | |
| | : | Judge Douglas R. Cole |
| Plaintiff, | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| -vs.- | : | **AGREED ORDER** |
| | : | **RESOLVING ALL CLAIMS** |
| CARL LEE, *et al*. | : | |
| | : | |
| Defendants. | : | |

The undersigned parties having mediated and fully resolved all disputes herein, and having agreed as follows, it is therefore ORDERED:

1. Defendant Carl Lee shall receive $2,500.00 from the insurance proceeds currently on deposit with the Clerk of Court.

2. All other defendants shall receive equal one-fifth (1/5) shares of the remainder of the insurance proceeds currently on deposit with the Clerk of Court.

3. The Court will issue an order upon the final execution of this Agreed Order which

will state, in part, the Clerk of Court is directed to disburse $2,500.00 to Defendant Carl Lee, and the remaining balance, including all accrued interest, shall be disbursed to the remaining Defendants, Michael Lee, Gregory Lee, Judy Lee-Lattimore, James Lee, and Anthony Lee, Sr., in equal individual one-fifth (1/5) shares.

4. The undersigned parties have fully compromised and settled all claims arising from the death of their father, James E. Lee, and therefore all claims asserted in this proceeding shall be dismissed with prejudice upon disbursement of all funds currently on deposit with the Clerk of Court.

5. The undersigned parties hereby release any and all claims against each other concerning or arising from the care and death of their father, James E. Lee, regardless of whether such claims were asserted in this proceeding.

SO ORDERED.

| | |
|---|---|
| /s/ Michael Lee | /s/ Gregory Lee |
| Michael Lee | Gregory Lee |
| by Joshua Davidson | by Joshua Davidson |
| per email auth. 4/22/24 | per email auth. 4/22/24 |
| | |
| /s/ Judy Lee-Lattimore | /s/ James Lee |
| Judy Lee-Lattimore | James Lee |
| by Joshua Davidson | by Joshua Davidson |
| per email auth. 4/22/24 | per email auth. 4/22/24 |
| | |
| /s/ Anthony Lee, Sr. | /s/ Joshua Davidson |
| Anthony Lee, Sr. | Joshua Davidson   (0062372) |
| by Joshua Davidson | Attorney for Carl Lee |
| per email auth. 4/23/24 | Law Offices of Joshua Davidson, LLC |
| | 8035 Hosbrook Road, Suite 200 |
| | Cincinnati, Ohio 45236 |
| | Tel. No. (513) 793-5297 |
| | Fax No. (513) 793-5462 |
| | Email: josh@omdlaw.com |