# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>    Plaintiff, | Case No. 1:22-cv-182<br>Litkovitz, M.J. |
| vs. | |
| CARL LEE, *et al.*,<br>    Defendants. | **ORDER** |

    The parties have filed an Agreed Order Resolving All Claims in this matter. (Doc. 43). Accordingly, the Clerk of Court is **DIRECTED** to disburse $2,500.00 to Defendant Carl Lee, and the remaining balance, including all accrued interest, shall be disbursed to the remaining Defendants, Michael Lee, Gregory Lee, Judy Lee-Lattimore, James Lee, and Anthony Lee, Sr., in equal individual one-fifth (1/5) shares.

    All claims asserted in this proceeding shall be dismissed with prejudice upon disbursement of all funds currently on deposit with the Clerk of Court.

    **IT IS SO ORDERED**.

Date: 4/23/2024

Karen L. Litkovitz
United States Magistrate Judge